# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. SANFORD,<br><br>                Plaintiff,<br><br>    v.<br><br>EATON, *et al.*,<br><br>                Defendants. | Case No. 1:20-cv-00792-NONE-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S EX PARTE REQUEST FOR EXTENSION OF TIME TO SUBMIT AMENDED COMPLAINT<br><br>(ECF No. 22)<br><br>ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>**THIRTY (30) DAY DEADLINE** |

      Plaintiff Robert L. Sanford ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On July 16, 2021, the Court screened Plaintiff's second amended complaint and issued findings and recommendations that the federal claims in this action be dismissed based on Plaintiff's failure to state a cognizable claim upon which relief may be granted and the Court decline to exercise supplemental jurisdiction over Plaintiff's purported state law claims. (ECF No. 21.) Plaintiff was directed to file any objections to the findings and recommendations within fourteen days. (*Id.* at 17.)

      Currently before the Court is Plaintiff's ex parte request for an extension of time to submit an amended complaint, filed July 30, 2021. (ECF No. 22.) In the request, Plaintiff states that he

received the findings and recommendations on July 19, 2021, and as the response would be due on August 3, 2021, Plaintiff requests to have the deadline extended to August 17, 2021. Plaintiff further states that the California Department of Corrections recently announced that California Correctional Institution, where Plaintiff is currently housed, will be closed down. Due to this recent change of events, access to the law library has been "practically dissolved," as they are now closing the buildings and removing the equipment from the facility. Plaintiff states that inmates are being constantly reassigned to housing and classification processes pending transfer. (*Id.*)

As noted above, the Court issued findings and recommendations and set a deadline for Plaintiff to file his objections, **not** to file a further amended complaint. However, based on Plaintiff's motion, it appears that an extension of the deadline for Plaintiff to file his objections is warranted. The Court finds that an extension of thirty days is appropriate under the circumstances. **This is not an extension of time for Plaintiff to file an amended complaint**.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's ex parte request for extension of time to submit an amended complaint, (ECF No. 22), is DENIED; and
2. Plaintiff's objections to the July 16, 2021 findings and recommendations are due within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

    Dated: __**August 2, 2021**__            __/s/ *Barbara A. McAuliffe*__
                                                          UNITED STATES MAGISTRATE JUDGE